THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RITA THOMPSON, Appellant.

Submitted June 8, 2015; decided June 25, 2015

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORY REID, Appellant, v C. AUGUSTUS, Respondent.

Decided June 25, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NOUCHIE VELLON, Appellant, v DALE ARTUS, Respondent.

Submitted May 4, 2015; decided June 25, 2015

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

PS 157 LOFTS LLC et al., Respondents, v KIMBERLY AUSTIN et al., Appellants.

Submitted May 18, 2015; decided June 25, 2015

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 cost of motion, upon the ground that the Court of Appeals does not have jurisdiction to entertain an appeal from an order of the Appellate Term of Supreme Court (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for sanctions and other relief denied.